**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00385-NYW-TPO

JOSE LARA MEJIA,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the Aurora Contract Detention Facility, in his official capacity,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
GEORGE VALDEZ, Director of the Denver Field Office,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,
TODD BLANCHE, Attorney General of the United States,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
SIRCE OWEN, Acting Director for Executive Office of Immigration Review, in her official capacity, and
U.S. DEPARTMENT OF HOMELAND SECURITY,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on May 26, 2026 [Doc. 28], it is

ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 27th day of May, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk